1    BENJAMIN B. WAGNER
United States Attorney
2    PAUL A. HEMESATH
Assistant United States Attorney
3    501 I Street, Suite 10-100
Sacramento, CA  95814
4    Telephone:  (916) 554-2700
Facsimile:  (916) 554-2900

5

6    Attorneys for UNITED STATES

7

8             IN THE UNITED STATES DISTRICT COURT

9               EASTERN DISTRICT OF CALIFORNIA

10

11    UNITED STATES OF AMERICA,           **CASE NO.  2:13-MJ-00121-EFB**

12                  Plaintiff,

13                  v.            **ORDER CONTINUING PRELIMINARY
HEARING AND EXCLUDING TIME**

14    DOUGLAS VANHORNE,

15                  Defendant.

16

17

18        The Court has read and considered the Stipulation for Exclusion of Time and Waiver of Time

19    Limits filed by the parties in this matter on April 19, 2013.  The Court hereby finds that the

20    Stipulation, which this Court incorporates by reference into this Order, demonstrates good cause for

21    an exclusion of time pursuant to the applicable law.  18 U.S.C. § 3161(h)(7)(A).

22        THEREFORE:

23        1.      For the reasons set forth in the parties' stipulation, the Court finds that the interests of

24    justice served by granting this continuance outweigh the best interests of the public and the

25    defendant in a speedy trial.

26        2. Therefore, the time between April 29, 2013, and May 20, 2013, shall be excluded from

27    calculation pursuant to 18 U.S.C. § 3161(h)(7)(A).

28

[PROPOSED] ORDER            1

1    3.  The Court further finds that the defendant has waived his right to a preliminary hearing

2 within the time limits set forth in Rule 5.1(c) of the Federal Rules of Criminal Procedure, as

3 permitted in Rule 5.1(d).

4    4.  The preliminary hearing currently scheduled for April 29, 2013, shall be rescheduled to

5 May 20, 2013.

6

7    IT IS SO ORDERED.

8 Dated: April 22, 2013

9    _____

10   CAROLYN K. DELANEY
     UNITED STATES MAGISTRATE JUDGE

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

[PROPOSED] ORDER                     2