MICHAEL CHASTAINE, State Bar #121209
THE CHASTAINE LAW OFFICE
2377 Gold Meadow Way, Suite 100
Gold River, CA 95670
Telephone: 916-732-7150
Attorney for Defendant
Douglas Van Horne

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DOUGLAS VAN HORNE,<br><br>Defendant. | Case No.: 2:13 CR 186 JAM<br><br>STIPULATION AND ORDER FOR RELEASE OF DOUGLAS VAN HORNE ON HIS OWN RECOGNIZANCE |

  Defendant Douglas Van Horne was arrested in April of 2013.  He was charged by way of information with a single count of a violation of 21 USC 841(a)(1) – Manufacturing Marijuana Plants.  Mr. Van Horne is 58 years of age.  He has been in custody since the day of his arrest.  Mr. Van Horne entered a guilty plea pursuant to a plea agreement On March 4, 2014.

  While in custody, Mr. Van Horne began to develop significant health issues, including swelling of the legs, difficulty walking and standing, falls, shortness of breath and other related type of symptoms.  Eventually it was determined that Mr. Van Horne had a tumor on his lower spine.

  As a result, Mr. Van Horne was transported to UC Davis Medical Center approximately four (4) weeks ago (on or around April 11, 2014) and had surgery to remove the tumor on his spine approximately three (3) weeks ago (on or around April 18, 2014.)  According to the Doctors, they removed the vertebra to which the tumor was attached, replaced that vertebra with a "filler" and fused the lower lumbar region of Mr. Van Horne's spine.  According to the Doctors the tumor had spread into the spinal column itself and did impact some of the nerve endings in

1

Mr. Van Horne's lower spine. The Hospital has classified Mr. Van Horne's condition as a spinal column injury.

After biopsy of his bone marrow, it has been determined that Mr. Van Horne will require radiation treatment. The Hospital has indicated that such treatments are generally five (5) days a week and will occur for four (4) to six (6) weeks. On May 9, 2014, Mr. Van Horne underwent a CT scan to "map" of area in which the radiation will be applied. Radiation therapy can cause both acute and chronic side effects. Most common is fatigue, nausea, damage to the bowels causing diarrhea and bleeding, and memory loss. Given Mr. Van Horne's generally weaken condition; the medical team does not know how well Mr. Van Horne will tolerate the treatment.

Currently Mr. Van Horne is unable to stand or walk. He has extreme weakness in both of his legs. The Hospital indicates that they do not know whether he continue to be wheelchair bound for the rest of his life, or will regain the use of his legs.

Mr. Van Horne is currently unable to control his bowels and requires assistance in order to have a bowel movement, including the use of laxatives and enemas. Mr. Van Horne is unable to void his bladder properly and has required the use of catheterization on a daily basis. This has improved over the last week, but still requires catheterization to completely void his bladder. Mr. Van Horne requires assistance for all lower body functions. The Hospital is unable to determine at this point whether Mr. Van Horne will ever regain these functions fully.

Counsel for Mr. Van Horne has discussed these issues with the Assistant United States Attorney in charge of this case – Paul Hemesath, the probation officer preparing the PSR – Karen Lucero and well as conferring with pretrial services. Counsel for Mr. Van Horne has also had lengty discussions with Mr. Van Horne's case manager at the hospital. Counsel for Mr. Van Horne is informed that Mr. Van Horne will require assistance at a skilled nursing facility – likely for the remainder of his life. That currently, if Mr. Van Horne remains in custody, he will be discharged back to the Sacramento County Jail on Friday, May 16, 2014. That the Marshalls or some other law enforcement officers will be required to transport him five (5) days a week to a facility for radiation treatment, and will be required to provide the medical and treatment for Mr. Van Horne while he remains in their custody.

Counsel for Mr. Van Horne has reached out to Mr. Van Horne's family, but they are unable or unwilling to provide any assistance.

The Case manager for Mr. Van Horne has indicated that if Mr. Van Horne was released from custody, that he would become the responsibility of UC Davis Medical Center and that they would then be required to continue to provide his care and treatment and would be responsible for finding an appropriate skilled nursing facility for Mr. Van Horne's placement.  She further advised that as his case manager she would assist him in obtaining any and all assistance including Medi-cal, Medi-cade and any other assistance programs that Mr. Van Horne might be eligible.  If, on the other hand, he is discharged, UC Davis Medical Center will no longer assume such responsibility and Mr. Van Horne may lose resources that he might otherwise be able to take advantage.

The parties agree that given Mr. Van Horne's medical condition and general prognosis, taking into consideration his criminal history, that Mr. Van Horne is no longer a flight risk and no longer poses a danger to the community.  That pre-trial release on his own recognizance is appropriate at this time.

**STIPULATION**

Therefore, Plaintiff, United States, and Defendant, Douglas Van Horne, through his undersigned counsel, hereby stipulate and agree that the Court should order Mr. Van Horne released, pre-trial, from the custody of the Marshall and the Sacramento County jail on his own recognizance.

**IT IS SO STIPULATED.**

DATED: May  12, 2014          BENJAMIN B. WAGNER
                              United States Attorney

                              By /s/ Paul Hemesath
                              PAUL HEMESATH
                              Assistant U.S. Attorney

DATED: May 12, 2014                The CHASTAINE LAW OFFICE


By /s/ Michael Chastaine
MICHAEL CHASTAINE
Attorney for Defendant
Douglas Van Horne


## ORDER

**IT IS SO ORDERED. Good Cause Appearing,** it is hereby ordered Mr. Van Horne be released from pre-trial custody of the Marshalls and the Sacramento County jail on his own recognizance.

Dated: May 13, 2014

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE